UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHONTA JOWARN KARIM, | ) | No. LA CV 14-09500-VBF-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ELVIN VALENZUELA, Warden, et al., | ) | |
| Respondent. | ) | |

For the reasons set forth in this Court's contemporaneously issued opinion and order, this action is dismissed without prejudice.

DATED: December 19, 2014

*Valerie Baker Fairbank*

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge